No. 763. WHITNEY NATIONAL BANK IN JEFFERSON PARISH *v.* BANK OF NEW ORLEANS & TRUST CO. ET AL.; and

No. 798. SAXON, COMPTROLLER OF THE CURRENCY, *v.* BANK OF NEW ORLEANS & TRUST CO. ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. The cases are consolidated

and a total of two hours is allotted for oral argument. *Dean Acheson, W. Graham Claytor, Jr.* and *Brice M. Clagett* for petitioner in No. 763. *Solicitor General Cox, Morton Hollander* and *David L. Rose* for petitioner in No. 798. *Edward L. Merrigan* and *James W. Bean* for Bank of New Orleans & Trust Co. et al., and *Bentley G. Byrnes,* Special Assistant Attorney General of Louisiana, for the State Bank Commissioner of Louisiana, respondents in both cases.